**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOTT FLETCHER,**

            **Plaintiff,**

**-vs-**                                                     **Case No. 6:05-cv-585-Orl-31DAB**

**UNIVERSAL TECHNICAL INSTITUTE,**
**INC., CLINTON HARLEY CORPORATION**
**OF DELAWARE, INC., d/b/a**
**Motorcycle Mechanics Institute,**
            **Defendants.**
_____

## ORDER

Upon consideration of Defendants' Motion to Strike Witnesses or in the alternative to Extend the Discovery Deadline for Limited Purposes (Doc. 32), it is

**ORDERED** that the Motion is GRANTED, in part. The Court vacates its Order at Doc. 33. The Discovery deadline is extended until May 19, 2006 solely for the purpose of deposing the six new witnesses disclosed by Plaintiff on March 24, 2006. No other deadlines are affected.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 3, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party